**Order entered March 31, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01553-CR
### No. 05-13-01554-CR

**JOHN MICHAEL JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F12-62863-J, F13-00350-J**

## ORDER

The Court **GRANTS** court reporter Kimberly Xavier's March 27, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Xavier to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/    LANA MYERS
       JUSTICE